No. 91–8008. BROOKS v. TANSY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 91–8011. AZIZ v. MISSOURI ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–8014. CASSIDY v. REDMAN, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–8016. BURNETT v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 91–8027. COMBS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 91–8032. MIDGYETTE v. GRAYSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–8034. FUENTES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–8038. CHATMAN, AKA PALTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–8041. WHALEY v. MAASS. Ct. App. Ore. Certiorari denied.

No. 91–8048. PASCUAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–8072. MILLER, AKA WOODS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–8077. FIELDS v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 91–8090. ZOLICOFFER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–8101. AULTMAN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 91–8112. ADAMS v. UNITED STATES. Ct. App. D. C. Certiorari denied.